IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:21-cv-00023-M

| | | |
|---|---|---|
| STERLING PHARMA USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNIFY PHARMACEUTICALS CORP. | ) | |
| d/b/a UNIFY THERAPEUTICS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's consent motion to remand to Wake County, North Carolina Superior Court, which was filed January 20, 2021. [DE-4] Because the parties agree that the court does not possess jurisdiction over this dispute, the court GRANTS Defendant's motion and remands the case to state court.

SO ORDERED this the 4th day of February, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1